[No. 9993-8-III. Division Three. May 21, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GUSTAVO URIBE, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-8-50212-3, Fred R. Staples, J., entered April 12, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.

[No. 11884-0-II. Division Two. May 23, 1991.]

METROPOLITAN PARK DISTRICT OF TACOMA, *Appellant,* v. TACOMA YACHT CLUB, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-04069-1, James P. Healy, J., entered March 25, 1988. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Mitchell, J. Pro Tem., Reed, J. Pro Tem., dissenting.

[No. 10483-4-III. Division Three. May 23, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. DENNIS DALE BARTLETT, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01845-0, Heather Van Nuys, J., entered November 29, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.